UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-20-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH DODD | **ORDER** |

      Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry No. 72 be sealed until further order of the court.

    SO ORDERED.

This the 15th day of February, 2013.

_____
The Honorable Louise Wood Flanagan
United States District Judge