UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-20-3FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KENNETH DODD, | ) | |
| a/k/a "K" | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 81 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 13² day of March, 2013.

_____
HONORABLE LOUISE W. FLANAGAN
United States District Court Judge