UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-20-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH DODD | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that the United States Marshal for the Eastern District of North Carolina shall take Defendant Kenneth Dodd, into local custody pending resolution of the above-captioned case or further Order of this Court.

SO ORDERED.

This the 13ʳᵈ day of March, 2013.

The Honorable Louise Wood Flanagan
United States District Judge