UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-20-FL-3

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH DODD | ORDER |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that the United States Marshal for the Eastern District of North Carolina is at liberty to return Defendant Kenneth Dodd to the custody of the Bureau of Prisons at the convenience of the United States Marshals Service.

SO ORDERED.

This the 22nd day of May, 2013.

The Honorable Louise Wood Flanagan
United States District Judge